## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX    Employee ID: 8070
Hire Date: 03/29/04
Status: FT
Filing Status:
Federal: Married, 0
State: NY, Married, 0
Dept: 4005

Pay Period: 08/26/07 to 09/01/07
Check Date: 09/07/07    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 411.56 | 13881.92 |
| Net Pay | 411.56 | 13881.92 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1367.90 | 12629.70 |
| OVERTIME EARNIN | 12.10 | 14.2500 | 172.43 | 332.85 | 4646.11 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 48.00 | 444.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1323.36 |
| ER BENEFIT AL - M | | | 138.46 | | 4984.56 |
| GROSS | 52.10 | | 511.87 | 1808.25 | 17203.95 |
| TRUE GROSS | | | 552.43 | | 18527.31 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 139.32 |
| TOTAL | 3.87 | 139.32 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 38.94 | 1269.02 |
| OASDI | 31.74 | 1066.68 |
| MEDICARE | 7.42 | 249.46 |
| STATE W/H NY | 17.74 | 575.95 |
| STATE SDI NY | 0.60 | 21.60 |
| TOTAL | 96.44 | 3182.71 |

SSI # XXX-XX-8070

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 411.56 | 13881.92 |

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

**Soc Sec #:** XXX-XX-XXXX   **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 09/02/07 to 09/08/07
**Check Date:** 09/14/07   **Check #:** Direct Deposit

## TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 381.01 | 14262.93 |
| Net Pay | 381.01 | 14262.93 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 32.00 | 9.5000 | 304.00 | 1399.90 | 12933.70 |
| OVERTIME EARNIN | 9.10 | 14.2500 | 129.68 | | 4775.79 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | 8.00 | 9.5000 | 76.00 | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1363.92 |
| ER BENEFIT AL - M | | | 138.46 | | 5123.02 |
| **GROSS** | 49.10 | | 469.12 | 1857.35 | 17673.07 |
| **TRUE GROSS** | | | 509.68 | | 19036.99 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 143.19 |
| **TOTAL** | 3.87 | 143.19 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 32.53 | 1301.55 |
| OASDI | 29.09 | 1095.77 |
| MEDICARE | 6.80 | 256.26 |
| STATE W/H NY | 15.22 | 591.17 |
| STATE SDI NY | 0.60 | 22.20 |
| **TOTAL** | 84.24 | 3266.95 |

SSI# XXX-XX-8070

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 381.01 | 14262.93 |

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX    **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 09/09/07 to 09/15/07
**Check Date:** 09/21/07    **Check #:** Direct Deposit

## TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 454.92 | 14717.85 |
| Net Pay | 454.92 | 14717.85 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1439.90 | 13313.70 |
| OVERTIME EARNIN | 16.40 | 14.2500 | 233.70 | 358.35 | 5009.49 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1404.48 |
| ER BENEFIT AL - M | | | 138.46 | | 5261.48 |
| **GROSS** | 56.40 | | 573.14 | 1913.75 | 18246.21 |
| **TRUE GROSS** | | | 613.70 | | 19650.69 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 147.06 |
| TOTAL | 3.87 | 147.06 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 48.13 | 1349.68 |
| OASDI | 35.53 | 1131.30 |
| MEDICARE | 8.31 | 264.57 |
| STATE W/H NY | 21.78 | 612.95 |
| STATE SDI NY | 0.60 | 22.80 |
| TOTAL | 114.35 | 3381.30 |

*SSI# XXX-XX-8070* (handwritten)

## NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 454.92 | 14717.85 |

*Payrolls by Paychex, Inc.*
**0445-1255** ZENGER GROUP INC

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

**Soc Sec #:** XXX-XX-XXXX    **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 09/16/07 to 09/22/07
**Check Date:** 09/28/07    **Check #:** Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 503.14 | 15220.99 |
| Net Pay | 503.14 | 15220.99 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1479.90 | 13693.70 |
| OVERTIME EARNIN | 21.20 | 14.2500 | 302.10 | 379.55 | 5311.59 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1445.04 |
| ER BENEFIT AL - M | | | 138.46 | | 5399.94 |
| **GROSS** | 61.20 | | 641.54 | 1974.95 | 18887.75 |
| **TRUE GROSS** | | | 682.10 | | 20332.79 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 150.93 |
| **TOTAL** | 3.87 | 150.93 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 58.39 | 1408.07 |
| OASDI | 39.78 | 1171.08 |
| MEDICARE | 9.30 | 273.87 |
| STATE W/H NY | 26.46 | 639.41 |
| STATE SDI NY | 0.60 | 23.40 |
| **TOTAL** | 134.53 | 3515.83 |

SSI# XXX-XX-8070

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 503.14 | 15220.99 |

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX  **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 09/23/07 to 09/29/07
**Check Date:** 10/05/07  **Check #:** Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
| --- | --- | --- |
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| CHECKING (NE - 8459 | 506.15 | 15727.14 |
| Net Pay | 506.15 | 15727.14 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- |
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1519.90 | 14073.70 |
| OVERTIME EARNIN | 21.50 | 14.2500 | 306.38 | 401.05 | 5617.97 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1485.60 |
| ER BENEFIT AL - M | | | 138.46 | | 5538.40 |
| **GROSS** | 61.50 | | 645.82 | 2036.45 | 19533.57 |
| **TRUE GROSS** | | | 686.38 | | 21019.17 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| SHORT TERM DBL | 3.87 | 154.80 |
| **TOTAL** | 3.87 | 154.80 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| FEDERAL W/H | 59.04 | 1467.11 |
| OASDI | 40.04 | 1211.12 |
| MEDICARE | 9.36 | 283.23 |
| STATE W/H NY | 26.76 | 666.17 |
| STATE SDI NY | 0.60 | 24.00 |
| **TOTAL** | 135.80 | 3651.63 |

SSI# XXX-XX-8070

| **NET PAY** | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| | 506.15 | 15727.14 |

*Payrolls by Paychex, Inc.*

0445-1255 ZENGER GROUP INC Case 1:07-04644-MJK, Doc 10, Filed 12/22/07, Entered 12/22/07 15:55:00,
Description: Main Document, Page 5 of 24

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX    Employee ID: 8070
Hire Date: 03/29/04
Status: FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
Dept: 4005

Pay Period: 09/30/07 to 10/06/07
Check Date: 10/12/07    Check #: Direct Deposit

## TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 40.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459) | 333.00 | 16060.14 |
| Net Pay | 333.00 | 16060.14 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1559.90 | 14453.70 |
| OVERTIME EARNIN | 4.60 | 14.2500 | 65.55 | 405.65 | 5683.52 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 40.00 | 368.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1526.16 |
| ER BENEFIT AL - M | | | 138.46 | | 5676.86 |
| **GROSS** | 44.60 | | 404.99 | 2081.05 | 19938.56 |
| **TRUE GROSS** | | | 445.55 | | 21464.72 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 158.67 |
| **TOTAL** | 3.87 | 158.67 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 25.11 | 1492.22 |
| OASDI | 25.11 | 1236.23 |
| MEDICARE | 5.87 | 289.10 |
| STATE W/H NY | 11.43 | 677.60 |
| STATE SDI NY | 0.60 | 24.60 |
| **TOTAL** | 68.12 | 3719.75 |

SSI# XXX-XX-8070

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 333.00 | 16060.14 |

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX   **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 10/07/07 to 10/13/07
**Check Date:** 10/19/07   **Check #:** Direct Deposit

**TIME OFF** *(Based On Policy Year)*

| DESCRIPTION | | UNITS | |
|---|---|---|---|
| VACATION - Available | | 32.000 | HOURS |
| PERSONAL - Available | | 16.000 | HOURS |
| SICK - Available | | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 428.79 | 16488.93 |
| Net Pay | 428.79 | 16488.93 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 32.00 | 9.5000 | 304.00 | 1591.90 | 14757.70 |
| OVERTIME EARNIN | 13.80 | 14.2500 | 196.65 | 419.45 | 5880.17 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | 8.00 | 9.5000 | 76.00 | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1566.72 |
| ER BENEFIT AL - M | | | 138.46 | | 5815.32 |
| **GROSS** | 53.80 | | 536.09 | 2134.85 | 20474.65 |
| **TRUE GROSS** | | | 576.65 | | 22041.37 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 162.54 |
| **TOTAL** | 3.87 | 162.54 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 42.58 | 1534.80 |
| OASDI | 33.24 | 1269.47 |
| MEDICARE | 7.77 | 296.87 |
| STATE W/H NY | 19.24 | 696.84 |
| STATE SDI NY | 0.60 | 25.20 |
| **TOTAL** | 103.43 | 3823.18 |

SSI# XXX-XX-8070

## NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 428.79 | 16488.93 |

*Payrolls by Paychex, Inc.*

0445-1255 ZENGER GROUP INC   Case 1-07-04644-MJK,   Doc 10,   Filed 12/22/07,   Entered 12/22/07 15:55:00,
Description: Main Document , Page 7 of 24

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX  **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 10/14/07 to 10/20/07
**Check Date:** 10/26/07   **Check #:** Direct Deposit

**TIME OFF** *(Based On Policy Year)*

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 32.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 452.90 | 16941.83 |
| **Net Pay** | **452.90** | **16941.83** |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1631.90 | 15137.70 |
| OVERTIME EARNIN | 16.20 | 14.2500 | 230.85 | 435.65 | 6111.02 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1607.28 |
| ER BENEFIT AL - M | | | 138.46 | | 5953.78 |
| **GROSS** | 56.20 | | 570.29 | 2191.05 | 21044.94 |
| **TRUE GROSS** | | | 610.85 | | 22652.22 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 166.41 |
| **TOTAL** | 3.87 | 166.41 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 47.71 | 1582.51 |
| OASDI | 35.36 | 1304.83 |
| MEDICARE | 8.27 | 305.14 |
| STATE W/H NY | 21.58 | 718.42 |
| STATE SDI NY | 0.60 | 25.80 |
| **TOTAL** | 113.52 | 3936.70 |

SSI# XXX-XX-8070

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 452.90 | 16941.83 |

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

Soc Sec #: XXX-XX-XXXX    Employee ID: 8070
Hire Date: 03/29/04
Status: FT
Filing Status:
Federal: Married, 0
State: NY, Married, 0
Dept: 4005

Pay Period: 10/21/07 to 10/27/07
Check Date: 11/02/07    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 32.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 481.03 | 17422.86 |
| Net Pay | 481.03 | 17422.86 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1671.90 | 15517.70 |
| OVERTIME EARNIN | 19.00 | 14.2500 | 270.75 | 454.65 | 6381.77 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 225.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1647.84 |
| ER BENEFIT AL - M | | | 138.46 | | 6092.24 |
| **GROSS** | 59.00 | | 610.19 | 2250.05 | 21655.13 |
| **TRUE GROSS** | | | 650.75 | | 23302.97 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 170.28 |
| **TOTAL** | 3.87 | 170.28 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 53.69 | 1636.20 |
| OASDI | 37.83 | 1342.66 |
| MEDICARE | 8.85 | 313.99 |
| STATE W/H NY | 24.32 | 742.74 |
| STATE SDI NY | 0.60 | 26.40 |
| **TOTAL** | 125.29 | 4061.99 |

*SSI# XXX-XX-8070*

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 481.03 | 17422.86 |

*Payrolls by Paychex, Inc.*

**0445-1255** ZENGER GROUP INC Case 1-07-04644-MJK, Doc 10, Filed 12/22/07, Entered 12/22/07 15:55:00, Description: Main Document , Page 9 of 24

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

**Soc Sec #:** XXX-XX-XXXX   **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 10/28/07 to 11/03/07
**Check Date:** 11/09/07     **Check #:** Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION - Available | 32.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 465.59 | 17888.45 |
| Net Pay | 465.59 | 17888.45 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1711.90 | 15897.70 |
| OVERTIME EARNIN | 12.20 | 14.2500 | 173.85 | 466.85 | 6555.62 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | 75.00 | | 300.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1688.40 |
| ER BENEFIT AL - M | | | 138.46 | | 6230.70 |
| **GROSS** | 52.20 | | 588.29 | 2302.25 | 22243.42 |
| **TRUE GROSS** | | | 628.85 | | 23931.82 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 174.15 |
| **TOTAL** | 3.87 | 174.15 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 50.41 | 1686.61 |
| OASDI | 36.47 | 1379.13 |
| MEDICARE | 8.53 | 322.52 |
| STATE W/H NY | 22.82 | 765.56 |
| STATE SDI NY | 0.60 | 27.00 |
| **TOTAL** | 118.83 | 4180.82 |

SSI# XXX-XX-8070

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 465.59 | 17888.45 |

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

**Soc Sec #:** XXX-XX-XXXX    **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 11/04/07 to 11/10/07
**Check Date:** 11/16/07    **Check #:** Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | | UNITS | |
|---|---|---|---|
| VACATION - Available | | 32.000 | HOURS |
| PERSONAL - Available | | 16.000 | HOURS |
| SICK - Available | | 8.000 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING (NE - 8459 | 523.22 | 18411.67 |
| Net Pay | 523.22 | 18411.67 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1751.90 | 16277.70 |
| OVERTIME EARNIN | 23.20 | 14.2500 | 330.60 | 490.05 | 6886.22 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 300.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1728.96 |
| ER BENEFIT AL - M | | | 138.46 | | 6369.16 |
| **GROSS** | 63.20 | | 670.04 | 2365.45 | 22913.46 |
| **TRUE GROSS** | | | 710.60 | | 24642.42 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| SHORT TERM DBL | 3.87 | 178.02 |
| **TOTAL** | 3.87 | 178.02 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 62.67 | 1749.28 |
| OASDI | 41.54 | 1420.67 |
| MEDICARE | 9.72 | 332.24 |
| STATE W/H NY | 28.42 | 793.98 |
| STATE SDI NY | 0.60 | 27.60 |
| **TOTAL** | 142.95 | 4323.77 |

SSI# XXX-XX-8070

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 523.22 | 18411.67 |

*Payrolls by Paychex, Inc.*

0445-1255 ZENGER GROUP INC

## PERSONAL AND CHECK INFORMATION

MICHAEL R MAEDER
59A HINCHEY AVE
LANCASTER, NY 14086

**Soc Sec #:** XXX-XX-XXXX   **Employee ID:** 8070
**Hire Date:** 03/29/04
**Status:** FT
**Filing Status:**
Federal: Married, 0
State: NY, Married, 0
**Dept:** 4005

**Pay Period:** 11/11/07 to 11/17/07
**Check Date:** 11/23/07   **Check #:** Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
| --- | --- | --- |
| VACATION - Available | 32.000 | HOURS |
| PERSONAL - Available | 16.000 | HOURS |
| SICK - Available | 8.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| CHECKING (NE - 8459 | 432.81 | 18844.48 |
| Net Pay | 432.81 | 18844.48 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- |
| REGULAR EARNING | 40.00 | 9.5000 | 380.00 | 1791.90 | 16657.70 |
| OVERTIME EARNIN | 14.20 | 14.2500 | 202.35 | 504.25 | 7088.57 |
| DOUBLE TIME | | | | 3.50 | 66.50 |
| VACATION | | | | 48.00 | 444.00 |
| SICK | | | | 8.00 | 72.00 |
| PERSONAL | | | | 8.00 | 76.00 |
| HOLIDAY | | | | 56.00 | 520.00 |
| BONUS | | | | | 300.00 |
| S125 PRE-TAX-AL | | | -40.56 | | -1769.52 |
| ER BENEFIT AL - M | | | 138.46 | | 6507.62 |
| GROSS | 54.20 | | 541.79 | 2419.65 | 23455.25 |
| TRUE GROSS | | | 582.35 | | 25224.77 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| SHORT TERM DBL | 3.87 | 181.89 |
| TOTAL | 3.87 | 181.89 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| FEDERAL W/H | 43.43 | 1792.71 |
| OASDI | 33.59 | 1454.26 |
| MEDICARE | 7.86 | 340.10 |
| STATE W/H NY | 19.63 | 813.61 |
| STATE SDI NY | 0.60 | 28.20 |
| TOTAL | 105.11 | 4428.88 |

SSI# XXX-XX-8070

## NET PAY

| | CURRENT ($) | YTD ($) |
| --- | --- | --- |
| | 432.81 | 18844.48 |

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 09-07-2007 | 08-27-2007 | 09-02-2007 | 41531293 |

Fed Tax Status: M    Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 09-02-2007 | REG PAY | 9.0000 | 40.00 | 360.00 |
| 09-02-2007 | OT PAY | 13.5000 | 0.23 | 3.11 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 36.31 | 1,119.63 |
| GARNISH FEE | 2.00 | 66.00 |
| FEDERAL INCOME | 20.93 | 664.45 |
| MEDICARE - EE | 5.26 | 176.65 |
| SOCIAL SECURITY | 22.51 | 755.34 |
| NY INCOME TAX | 14.16 | 468.40 |
| NY DISABILITY | 0.60 | 21.60 |

Totals:   40.23   363.11

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

**Net Pay**

261.34

**Net Pay Y-T-D**

8,910.89

Total:   0.00

Total:   101.77   3,272.07

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 87.25 |
| REG PAY | 12,052.21 |
| RETRO PAY HR | 40.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI # XXX-XX-1047

Total:   0.00   0.00

Total:   12,182.96

### IMPORTANT NOTES

MvQuery Version: OASIS_CHECKS 002

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 09-14-2007 | 09-03-2007 | 09-09-2007 | 41553976 |

Fed Tax Status: M    Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 09-09-2007 | REG PAY | 9.0000 | 39.85 | 358.65 |
| | **Totals:** | | 39.85 | 358.65 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 35.87 | 1,155.50 |
| GARNISH FEE | 2.00 | 68.00 |
| FEDERAL INCOME | 20.48 | 684.93 |
| MEDICARE - EE | 5.20 | 181.85 |
| SOCIAL SECURITY | 22.24 | 777.58 |
| NY INCOME TAX | 13.93 | 482.33 |
| NY DISABILITY | 0.60 | 22.20 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | Total: | 0.00 |

**Net Pay**

258.33

**Net Pay Y-T-D**

9,169.22

| | Total: | 100.32 | 3,372.39 |
|---|---|---|---|

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 87.25 |
| REG PAY | 12,410.86 |
| RETRO PAY HR | 40.50 |
| **Total:** | 12,541.61 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| | **Total:** | 0.00 | 0.00 |



SSI # XXX-XX-1047

**IMPORTANT NOTES**
Case 1-07-04644-MJK,   Doc 10,   Filed 12/22/07,   Entered 12/22/07 15:55:00,
Description: Main Document , Page 14 of 24

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

OASIS SRQ ORANGE TEAM 800/329-7823

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 09-21-2007 | 09-16-2007 | 09-16-2007 | 41578206 |

Fed Tax Status: M        Fed Tax Allow: 0

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 09-16-2007 | REG PAY | 9.0000 | 38.34 | 345.06 |
| | **Totals:** | | 38.34 | 345.06 |

## DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 34.51 | 1,190.01 |
| GARNISH FEE | 2.00 | 70.00 |
| FEDERAL INCOME | 19.12 | 704.05 |
| MEDICARE - EE | 5.01 | 186.86 |
| SOCIAL SECURITY | 21.39 | 798.97 |
| NY INCOME TAX | 13.29 | 495.62 |
| NY DISABILITY | 0.60 | 22.80 |

## DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | **Total:** | 0.00 |

**Net Pay**

249.14

**Net Pay Y-T-D**

9,418.36

| | **Total:** | 95.92 | 3,468.31 |

## Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 87.25 |
| REG PAY | 12,755.92 |
| RETRO PAY HR | 40.50 |

## PAID TIME OFF

| Description | Balance |
|---|---|

## EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI # XXX-XX-1047

| **Total:** | 12,886.67 | | **Total:** | 0.00 | 0.00 |

MvQuery Version: OASIS_CHECKS 002

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 09-28-2007 | 09-17-2007 | 09-23-2007 | 41591808 |

Fed Tax Status: M          Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 09-23-2007 | REG PAY | 9.0000 | 38.62 | 347.58 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 34.76 | 1,224.77 |
| GARNISH FEE | 2.00 | 72.00 |
| FEDERAL INCOME | 19.37 | 723.42 |
| MEDICARE - EE | 5.04 | 191.90 |
| SOCIAL SECURITY | 21.55 | 820.52 |
| NY INCOME TAX | 13.40 | 509.02 |
| NY DISABILITY | 0.60 | 23.40 |

Totals:    38.62    347.58

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

**Net Pay**

250.86

**Net Pay Y-T-D**

9,669.22

Total:    0.00

Total:    96.72    3,565.03

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 87.25 |
| REG PAY | 13,103.50 |
| RETRO PAY HR | 40.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI# XXX-XX-1047

Total:    13,234.25

Total:    0.00    0.00

### IMPORTANT NOTES

MvQuery Version: OASIS_CHECKS 002

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

OASIS SRQ ORANGE TEAM 800/329-7823

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 10-05-2007 | 09-24-2007 | 09-30-2007 | 41617421 |

Fed Tax Status: M          Fed Tax Allow: 0

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 09-30-2007 | REG PAY | 9.0000 | 40.00 | 360.00 |
| 09-30-2007 | OT PAY | 13.5000 | 0.33 | 4.46 |

## DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 36.45 | 1,261.22 |
| GARNISH FEE | 2.00 | 74.00 |
| FEDERAL INCOME | 21.06 | 744.48 |
| MEDICARE - EE | 5.28 | 197.18 |
| SOCIAL SECURITY | 22.60 | 843.12 |
| NY INCOME TAX | 14.23 | 523.25 |
| NY DISABILITY | 0.60 | 24.00 |

Totals:     40.33     364.46

## DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

**Net Pay**

262.24

**Net Pay Y-T-D**

9,931.46

Total:          0.00

Total:     102.22     3,667.25

## Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 13,463.50 |
| RETRO PAY HR | 40.50 |

## PAID TIME OFF

| Description | Balance |
|---|---|

## EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI# XXX-XX-1047

Total:     13,598.71

Total:     0.00     0.00

## IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone # address & emergency contact by registering on the Oasis Website @ www.oasisadvantage.com - Employee Services>[click here to Register] or call the toll free number listed on the top right side of your pay stub. At that time, you can request other changes in writing. All changes must be submitted prior to 12/28/07.

MyQuery Version: OASIS_CHECKS 002

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 10-12-2007 | 10-01-2007 | 10-07-2007 | 41631895 |

Fed Tax Status: M　　　　Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 10-07-2007 | REG PAY | 9.0000 | 39.21 | 352.89 |
| | **Totals:** | | 39.21 | 352.89 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 35.29 | 1,296.51 |
| GARNISH FEE | 2.00 | 76.00 |
| FEDERAL INCOME | 19.90 | 764.38 |
| MEDICARE - EE | 5.12 | 202.30 |
| SOCIAL SECURITY | 21.88 | 865.00 |
| NY INCOME TAX | 13.64 | 536.89 |
| NY DISABILITY | 0.60 | 24.60 |
| **Total:** | 98.43 | 3,765.68 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | **Total:** | 0.00 |

**Net Pay**

254.46

**Net Pay Y-T-D**

10,185.92

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 13,816.39 |
| RETRO PAY HR | 40.50 |
| **Total:** | 13,951.60 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

*SSI # XXX-XX-(04)* (handwritten)

### IMPORTANT NOTES

Please review your current name, address, deduction updates, filed 1 12/27/07 phone or entered 1 emergency contact by registering on the Oasis Website @ www.oasisadvantage.com . Employee Services> [click here to Register] or call the toll free number listed on the top right side of your pay stub. At that time, you will be requested to send your changes in writing. All changes must be submitted prior to 12/28/07.

MvQuery Version: OASIS_CHECKS 002

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 10-19-2007 | 10-08-2007 | 10-14-2007 | 41649169 |

Fed Tax Status: M          Fed Tax Allow: 0

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 10-14-2007 | REG PAY | 9.0000 | 39.17 | 352.53 |

**Totals:** 39.17   352.53

## DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 35.25 | 1,331.76 |
| GARNISH FEE | 2.00 | 78.00 |
| FEDERAL INCOME | 19.87 | 784.25 |
| MEDICARE - EE | 5.11 | 207.41 |
| SOCIAL SECURITY | 21.86 | 886.86 |
| NY INCOME TAX | 13.63 | 550.52 |
| NY DISABILITY | 0.60 | 25.20 |
| **Total:** | 98.32 | 3,864.00 |

## DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| **Total:** | | 0.00 |

**Net Pay**

254.21

**Net Pay Y-T-D**

10,440.13

## Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 14,168.92 |
| RETRO PAY HR | 40.50 |
| **Total:** | 14,304.13 |

## PAID TIME OFF

| Description | Balance |
|---|---|

SS## XXX-XX-1047

## EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone #, address & emergency contact by registering on the Oasis Website @ www.oasisadvantage.com - Employee Services (Click here to Register) as located in the top right side of your pay stub. At that time, you can also make changes in writing. All changes must be submitted prior to 12/28/07.

MyQuery Version: OASIS_CHECKS 002

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

OASIS SRQ ORANGE TEAM 800/329-7823

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 10-26-2007 | 10-15-2007 | 10-21-2007 | 41671676 |

Fed Tax Status: M          Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 10-21-2007 | REG PAY | 9.0000 | 37.57 | 338.13 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 33.81 | 1,365.57 |
| GARNISH FEE | 2.00 | 80.00 |
| FEDERAL INCOME | 18.43 | 802.68 |
| MEDICARE - EE | 4.90 | 212.31 |
| SOCIAL SECURITY | 20.96 | 907.82 |
| NY INCOME TAX | 12.98 | 563.50 |
| NY DISABILITY | 0.60 | 25.80 |

Totals:     37.57     338.13

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

Total:     0.00

**Net Pay**

244.45

**Net Pay Y-T-D**

10,684.58

Total:     93.68     3,957.68

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 14,507.05 |
| RETRO PAY HR | 40.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total:     0.00     0.00

SSI# XXX-XX-1047

Total:     14,642.26

### IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone #, address & emergency contact by registering on the Oasis Website @ www.oasisadvantage.com.
side of your pay stub. At that time, you

MvQuery Version: OASIS_CHECKS 002

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 11-02-2007 | 10-22-2007 | 10-28-2007 | 41687182 |

Fed Tax Status: M    Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 10-28-2007 | REG PAY | 9.0000 | 40.00 | 360.00 |
| | **Totals:** | | 40.00 | 360.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 36.00 | 1,401.57 |
| GARNISH FEE | 2.00 | 82.00 |
| FEDERAL INCOME | 20.62 | 823.30 |
| MEDICARE - EE | 5.22 | 217.53 |
| SOCIAL SECURITY | 22.32 | 930.14 |
| NY INCOME TAX | 14.00 | 577.50 |
| NY DISABILITY | 0.60 | 26.40 |
| **Total:** | 100.76 | 4,058.44 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| | **Total:** | 0.00 |

**Net Pay**

259.24

**Net Pay Y-T-D**

10,943.82

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 14,867.05 |
| RETRO PAY HR | 40.50 |
| **Total:** | 15,002.26 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

SSI# XXX-XX-1047

### IMPORTANT NOTES

Please review your check for accuracy. If your name or address is incorrect, you can update your information either by registering on the Oasis Website @ www.oasisadvantage.com, Employee Services (click here to Register ) or call the toll free number listed on the top right side of your pay stub. At that time, you will be requested to send your changes in writing. All changes must be submitted prior to 12/28/07.

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 11-09-2007 | 10-29-2007 | 11-04-2007 | 41704765 |

Fed Tax Status: M          Fed Tax Allow: 0

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 11-04-2007 | REG PAY | 9.0000 | 38.93 | 350.37 |

| | | | Totals: | 38.93 | 350.37 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 35.04 | 1,436.61 |
| GARNISH FEE | 2.00 | 84.00 |
| FEDERAL INCOME | 19.65 | 842.95 |
| MEDICARE - EE | 5.08 | 222.61 |
| SOCIAL SECURITY | 21.72 | 951.86 |
| NY INCOME TAX | 13.53 | 591.03 |
| NY DISABILITY | 0.60 | 27.00 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

**Net Pay**

252.75

**Net Pay Y-T-D**

11,196.57

| | Total: | 0.00 | | Total: | 97.62 | 4,156.06 |

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 91.71 |
| REG PAY | 15,217.42 |
| RETRO PAY HR | 40.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI # XXX-XX-1047

| Total: | 15,352.63 | | | Total: | 0.00 | 0.00 |

### IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone #, address & emergency contact by registering on the Oasis Website @ www.oasisadvantage.com, Employee Services. Click here to register. Enter the top right side of your pay stub. At that time, you will be able to make any changes. Written changes must be submitted prior to 12/28/07.

MyQuery Version: OASIS_CHECKS 002

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )   OASIS SRQ ORANGE TEAM 800/329-7823

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 11-16-2007 | 11-05-2007 | 11-11-2007 | 41724488 |

Fed Tax Status: M        Fed Tax Allow: 0

## CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-11-2007 | REG PAY | 9.0000 | 40.00 | 360.00 |
| 11-11-2007 | OT PAY | 13.5000 | 0.34 | 4.59 |

## DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 36.46 | 1,473.07 |
| GARNISH FEE | 2.00 | 86.00 |
| FEDERAL INCOME | 21.07 | 864.02 |
| MEDICARE - EE | 5.29 | 227.90 |
| SOCIAL SECURITY | 22.61 | 974.47 |
| NY INCOME TAX | 14.24 | 605.27 |
| NY DISABILITY | 0.60 | 27.60 |

Totals: 40.34    364.59

## DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

Total: 0.00

**Net Pay**

262.32

**Net Pay Y-T-D**

11,458.89

Total: 102.27    4,258.33

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| CHRG TIPS | 3.00 | | | | | |
| OT PAY | 96.30 | | | | | |
| REG PAY | 15,577.42 | | | | | |
| RETRO PAY HR | 40.50 | | | | | |

*SSI # XXX-XX-1047*

Total: 15,717.22        Total: 0.00    0.00

### IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone #, address & emergency contact by registering on the Oasis Website at www.oasisadvantage.com - Employee Services - then register using the employee number listed on the top right side of your pay stub. At that time, you will be required to send your changes in writing. All changes must be submitted prior to 12/28/07.

MvQuery Version: OASIS_CHECKS.002

ATLANTA BREAD COMPANY/DNA BREAD ( 2125 )

OASIS SRQ ORANGE TEAM 800/329-7823

| Employee ID | Employee Name | Check Date | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| G77929 | KATHLEEN M MAEDER | 11-23-2007 | 11-12-2007 | 11-18-2007 | 41744392 |

Fed Tax Status: M          Fed Tax Allow: 0

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/ Units | Amount |
|---|---|---|---|---|
| 11-18-2007 | REG PAY | 9.0000 | 38.29 | 344.61 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CITY/ST TX L | 34.46 | 1,507.53 |
| GARNISH FEE | 2.00 | 88.00 |
| FEDERAL INCOME | 19.08 | 883.10 |
| MEDICARE - EE | 5.00 | 232.90 |
| SOCIAL SECURITY | 21.36 | 995.83 |
| NY INCOME TAX | 13.27 | 618.54 |
| NY DISABILITY | 0.60 | 28.20 |

Totals: 38.29    344.61

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|

**Net Pay**

248.84

**Net Pay Y-T-D**

11,707.73

Total: 0.00

Total: 95.77    4,354.10

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| CHRG TIPS | 3.00 |
| OT PAY | 96.30 |
| REG PAY | 15,922.03 |
| RETRO PAY HR | 40.50 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

SSI # XXX-XX-1047

Total: 16,061.83

Total: 0.00    0.00

### IMPORTANT NOTES

Please review your check for correct name & address. You can update your personal phone #, address & emergency contact by registering on the Oasis Website @ www.oasisadvantage.com - Employee Services - Click here to Register. Enter check 12/22/07 in the top right side of your pay stub. At that time, you ... must be submitted prior to 12/28/07.

MyQuery Version: OASIS_CHECKS 002