# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

    MICHAEL R. MAEDER and
    KATHLEEN M. MAEDER,

                    Debtors.

Bk. No. 07-04644-MJK
(Chapter 7)

AFFIDAVIT IN
SUPPORT OF MOTION
TO REOPEN CASE

STATE OF NEW YORK  )
                            ) SS.:
COUNTY OF ERIE      )

        I, PAULETTE VOIT, being duly sworn, depose and say:

        1.    I am _Office Manager_ of the Greater Niagara Frontier Council, Boy Scouts of America, Inc. (the "Boy Scouts"). I am familiar with the facts set forth herein.

        2.    Upon information and belief, Debtor Kathleen Maeder pled guilty in April 2004 to embezzling in excess of $200,000 from the Boy Scouts between May 1993 and December 1993, while she was employed by the Boy Scouts.

        3.    As part of her sentencing, I understand that Debtor Kathleen Maeder agreed to pay restitution to the Boy Scouts. She currently owes over $150,000 in restitution to the Boy Scouts.

        4.    I have been employed by the Boy Scouts since _June 2001_. During that time I have been responsible for opening all of the Boy Scouts' mail.

5. When Debtor Kathleen Maeder was employed with the Boy Scouts, the Boy Scouts were located at 401 Maryvale Drive, Buffalo, New York 14225.

6. In August 2006, more than two years after the Debtor's employment with the Boy Scouts ceased, the Boy Scouts moved to 2860 Genesee Street, Buffalo, New York 14225.

7. At the time of the move, the Boy Scouts filed a change of address form with the United States Postal Service ("USPS") requesting that all mail be delivered to their new address at 2860 Genesee Street, Buffalo, New York.

8. Mail was forwarded to the Boy Scouts for a year, until approximately August, 2007.

9. After the forwarding expired, from time to time, a mail-carrier at our old address would make efforts to send an item addressed to our old address to us at our new address.

10. The Boy Scouts did not receive any notices with respect to the Debtors' bankruptcy filing until February 25, 2008, when it received the notice that the Debtors had been discharged. Until it received this notice, the Boy Scouts were unaware that the Debtors had filed bankruptcy.

11. The Boy Scouts received this notice of discharge on February 25, 2008 via regular mail even though it was addressed to the Boy Scouts' former address. I believe a mail-carrier for our old address caused it to be sent on to us. However, no prior notices in the Debtors' bankruptcy were delivered to us.

_____
PAULETTE VOIT

Sworn to before me this
12th day of March, 2008.

_S. P. B+_____
Notary Public

SEAN P. BEITER
Notary Public, State of New York
Qualified in Erie County
Commission Expires December 11, 2009

856064