jrc

# UNITED STATES BANKRUPTCY COURT
## Western District of New York
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

---

In Re:  
Michael R. Maeder  
Kathleen M. Maeder  
    Debtor(s)

SSN/TaxID:  xxx-xx-8070  
                 xxx-xx-1047

Case No.: 1-07-04644-MJK  
Chapter: 7

---

## ORDER RE-CLOSING CASE

The above case was reopened by Order of this Court on 3/31/2008, for the purpose of commencing an Adversary Proceeding this matter having been settled

**NOW, THEREFORE**, it is

**ORDERED** that the above case is hereby re-closed, as it has been determined that no additional administration necessitated by the reopening is required.

Dated:   FEB - 4 2009

                                             Michael J. Kaplan  
                                             United States Bankruptcy Judge

                                                            **Form ORECLOSE**  
                                                             Doc 32



FILED FEB - 4 2009 BANKRUPTCY COURT BUFFALO, N.Y.